# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO


| | |
|---|---|
| **IN RE:** | **:** |
| **BERNADETTE TRADING INC:** | |
| | **:** |
| | **:** |
| | **:CASE NO.  11-0096(SEK)** |
| | **CHAPTER 11 REORGANIZATION** |
| | **:** |
| **Debtor** | **:** |
| | **:** |


MOTION SUBMITTING DOCUMENTS

TO THE HONORABLE COURT:

COMES NOW, Debtor in possession, represented by its undersigned counsel and very respectfully states and prays.


1. Debtor above referenced filed a petition under the provision of Chapter 11, of title 11 USCA on January 11,  2011.
2. Due to  errors in the manner of including attachments with the petition there is an error with the viewing capacity of said documents.
3.  We are enclosing the petition with  the documents attached to the petition; so that it can be considered a single document .

WHEREFORE, debtor in Possession very respectfully prays that notice of the aforestated and that the aforementioned documents have been filed as one single document.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico , this 18th day of January 2001

**I HEREBY CERTIFY**  that on this same date I electronically filed the foregoing through the CM/ECF System, which will send notification of such filing to the US Trustee and the parties therein registered to receive Notice .

S/_____ Isabel M Fullana
Counsel for debtor in Possession
252 Ponce de Leon Ave.
Suite 1101
San Juan, Puerto Rico 00918
Email isabelfullana@gmail.com
Tel. 787 766 2530
Fax-787 756 7800

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court District of Puerto Rico | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BERNADETTE TRADING INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **66-0564896** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1416 FERNANDEZ JUNCOS AVE**<br>**SAN JUAN, PR**<br>ZIPCODE **00908** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**San Juan** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>**PO BOX16773**<br>**SAN JUAN, PR**<br>ZIPCODE **00908-6773** | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1416 FERNANDEZ JUNCOS AVE, SAN JUAN, PR**<br>ZIPCODE **00908** ||

**Type of Debtor**
(Form of Organization)
(Check one box.)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

**Check one box:**
☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BERNADETTE TRADING INC** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>   Signature of Attorney for Debtor(s)                          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**BERNADETTE TRADING INC**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X */s/ Isabel M Fullana*
Signature of Attorney for Debtor(s)

**Isabel M Fullana**
**Andres Garcia Arregui**
**252 PONCE DE LEON AVE SUITE1101**
**SAN JUAN, PR 00910-2679**
**(787) 766-2530  Fax: (787) 756-7800**
**annalluf@prtc.net**

**January 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Sabi Bernardette*
Signature of Authorized Individual

**Sabi Bernardette**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 18, 2011**
Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**

**BERNADETTE TRADING INC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Bela Enterprises Inc**<br>PB Ox 11910<br>Caparra Stat. San Juan, PR 00922 | **David Solomany**<br>**(787) 783-5374** | **Trade debt** | | **259,007.04** |
| **Treasury Deptament For The Commonwealth**<br>PO BOX 90225001<br>San Juan, PR 00902 | **(787) 721-2020** | **Bank loan** | | **192,411.02** |
| **CRIM** | | **Trade debt** | | **109,764.43** |
| **Banco Popular De PR**<br>PO BOx 70100<br>San Juan, PR 00936 | **Customer Service Dept**<br>**1(800) 961-9505** | **Bank loan** | | **73,353.58** |
| **IRS**<br>CINCINATTI<br>OHIO, OH 45999 | **1(800) 829-0115** | **Trade debt** | | **48,043.67** |
| **FONDO DEL SEGURO DEL ESTADOO**<br>PO BOX 3655028<br>SAN JUAN, PR 00936 | **OFICINA CENTRAL COBROS**<br>**(787) 793-5959** | | | **32,273.57** |
| **MUNICIPIO SAN JUAN**<br>PO BOX 70179<br>SAN JUAN, PR 00960 | **OFICINA FINANZAS**<br>**(787) 756-7300** | **Trade debt** | | **31,732.83** |
| **LICHELLE BERNARDETE**<br>PO BOX 16773<br>SAN JUAN, PR 00908 | **LICHELLE SILVESTRY**<br>**(787) 724-1657** | **Trade debt** | | **17,000.00** |
| **Banco Popular De PR**<br>PO BOx 70100<br>San Juan, PR 00936 | **Customer Service Dept**<br>**1(800) 961-9505** | **Bank loan** | | **15,139.45** |
| **STEP**<br>TESVIKIYE CAD. BELEVEDER APT NO 101/2 34<br>ISTANBUL, TURKEY, | | | | **7,533.89** |
| **AEE**<br>PO BOX 363508<br>SAN JUAN, PR 00936 | **(787) 521-3434** | **Trade debt** | | **3,168.06** |
| **Central Credit Corp**<br>PO BOX 361958<br>San Juan, PR 00936 | | **Trade debt** | | **2,276.29** |
| **PUERTO RICO TELEPHONE CO**<br>PO BOX 71535<br>SAN JUAN, PR 00936 | **CUSTOMER SERVICE**<br>**(787) 775-0000** | **Bank loan** | | **171.21** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **January 18, 2011**  Signature: ***/s/ Sabi Bernardette***

**Sabi Bernardette, President**
(Print Name and Title)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### Continuation Sheet - Page 1 of 1

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### WRITTEN CONSENT FROM THE BOARD OF BENARDETE TRADING INC.

The undersigned being all the members of the Board of Directors of Benardete Trading Inc., a corporation organized under the laws of the Commonwealth of Puerto Rico, (hereafter the "Corporation"), pursuant section 4.01E of the General Corporations Laws of Puerto Rico, adopted the following resolutions as acts of the Corporation:

"**RESOLVED**, that it is in the best interest of the Corporation to file a voluntary petition under the provisions of Chapter 11 of the United States Bankruptcy Code."

"**RESOLVED FURTHER**, that Mr. Sabi Benardete, President of the Corporation, be and is hereby authorized and empowered to act in the name and on behalf of this Corporation to appear, execute and deliver all the necessary documents or certification that he may deem necessary and advisable, public or private, in order for the Corporation to file a voluntary petition under Chapter 11 of the United States Bankruptcy Code, for which ample discretion is hereby given."

**IN WITNESS WHEREOF**, we the undersigned constituting all the members of the Board of Directors of Benardete Trading effective on the date set next to their signatures.

_____   Date: 12 / 8 / 2010
SABI BENARDETE

_____   Date: 12 / 8 / 2010
LICHELLE SILVESTRY

# United States Bankruptcy Court
## District of Puerto Rico

**IN RE:**  Case No. _____

**BERNADETTE TRADING INC** _____ Chapter **11**

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 3 | $ 237,255.42 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 414,225.52 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 377,649.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 14 | $ 237,255.42 | $ 791,875.04 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **BERNADETTE TRADING INC**                                    Case No. _____
_____
          Debtor(s)                                                              (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | | **TOTAL** | 0.00 |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **BERNADETTE TRADING INC** _____ Case No. _____

Debtor(s) (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **BANCO POPULAR ACCOUNT # 012-085405** | C | 79,877.92 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **BERNADETTE TRADING INC** _____ Case No. _____
Debtor(s)                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | TRADE ACCOUNTS RECEIVABLES | C | 47,741.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 FORD F350 | C | 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | ATTACHED  EXHIBIT A | C | 1,185.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | EXHIBIT B | C | 96,174.50 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

IN RE **BERNADETTE TRADING INC** _____ Case No. _____
           Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **OTHER ASSETS AS OF DECEMBER 31, 2009** | **C** | **9,277.00** |
| | | | **TOTAL** | **237,255.42** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE **BERNADETTE TRADING INC** _____ Case No. _____
_____
Debtor(s)                                                          (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **BERNADETTE TRADING INC** _____ Case No. _____
<span>Debtor(s)</span> <span>(If known)</span>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | Value $ | | | | | |

___**0**___ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**IN RE BERNADETTE TRADING INC** _____  Case No. _____
<span style="margin-left:4em">Debtor(s)</span> <span style="float:right">(If known)</span>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____**1** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE BERNADETTE TRADING INC** _____ Case No. _____

Debtor(s) (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **CRIM** | | J | **property taxes( movable property)** | | | | **109,764.43** | **109,764.43** | |
| ACCOUNT NO. **2312** <br> **FONDO DEL SEGURO DEL ESTADOO** <br> **PO BOX 3655028** <br> **SAN JUAN, PR 00936** | | J | **FSE PREMIUMS FOR 2008, 2009 , 2010** | | | | **32,273.57** | **32,273.57** | |
| ACCOUNT NO. <br> **IRS** <br> **CINCINATTI** <br> **OHIO, OH 45999** | | J | **941 2007-08** | | | | **48,043.67** | **48,043.67** | |
| ACCOUNT NO. <br> **MUNICIPIO SAN JUAN** <br> **PO BOX 70179** <br> **SAN JUAN, PR 00960** | | J | **PATENTE MUNICIPAL, 2007, 2008, 2009, 2010** | | | | **31,732.83** | **6,604.06** | **25,128.77** |
| ACCOUNT NO. <br> **Treasury Deptament For The Commonwealth** <br> **PO BOX 90225001** <br> **San Juan, PR 00902** | | J | **sales tax 7%** | | | | **192,411.02** | **192,411.02** | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to <br> Schedule of Creditors Holding Unsecured Priority Claims

Subtotal <br> (Totals of this page)   $ **414,225.52**   $ **389,096.75**   $ **25,128.77**

Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **414,225.52**

Total <br> (Use only on last page of the completed Schedule E. If applicable, <br> report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **389,096.75**   $ **25,128.77**

IN RE **BERNADETTE TRADING INC** _____ Case No. _____
Debtor(s)          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**AEE**<br>**PO BOX 363508**<br>**SAN JUAN, PR  00936** | | J | **ELECTRICITY SERVICES** | | | | **3,168.06** |
| ACCOUNT NO. <br><br>**Banco Popular De PR**<br>**PO BOx 70100**<br>**San Juan, PR  00936** | | J | **CREDIT CARD DEBT  JUNE 2010** | | | | **15,139.45** |
| ACCOUNT NO. <br><br>**Banco Popular De PR**<br>**PO BOx 70100**<br>**San Juan, PR  00936** | | J | **line of credit** | | | | **73,353.58** |
| ACCOUNT NO. <br><br>**Bela Enterprises Inc**<br>**PB Ox 11910**<br>**Caparra Stat. San Juan, PR  00922** | | J | **Rent form August 2009 up to February 2010** | | | | **259,007.04** |

___**1**___ continuation sheets attached

Subtotal<br>(Total of this page)   $   <b>350,668.13</b>

Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules and, if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **BERNADETTE TRADING INC** _____ Case No. _____
                                    Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Central Credit Corp**<br>**PO BOX 361958**<br>**San Juan, PR  00936** | C | | payment plan for insurance | | | | **2,276.29** |
| ACCOUNT NO. <br><br>**LICHELLE BERNARDETE**<br>**PO BOX 16773**<br>**SAN JUAN, PR  00908** | C | | **ADVANCES TO CORPORATION AND SALARIES NOT PAID 2009-2010** | | | | **17,000.00** |
| ACCOUNT NO. **2416**<br><br>**PUERTO RICO TELEPHONE CO**<br>**PO BOX 71535**<br>**SAN JUAN, PR  00936** | J | | **TELEPHNE SERVICES  JUNE 2010** | | | | **171.21** |
| ACCOUNT NO. <br><br>**STEP**<br>**TESVIKIYE CAD. BELEVEDER APT NO 101/2 34**<br>**ISTANBUL, TURKEY,** | J | | **12/19/2008  TRADE** | | | | **7,533.89** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **26,981.39**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **377,649.52**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** BERNADETTE TRADING INC _____  Case No. _____
Debtor(s)                                                      (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Bela Enterprises INc**<br>**PB Ox 11910**<br>**Caparra Stat. San Juan, PR  00922** | **RENT AGREEMENT DATED  JUNE4, 2010 FOR THE PREMISES LOCATED AT AVENIDA FERNANDEZ JCOS #1412 Y  CALLE FERIA ,SAN JUAN PR** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **BERNADETTE TRADING INC**                                      Case No. _____
_____
                        Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **BERNADETTE TRADING INC** _____ Case No. _____
                          Debtor(s)                                    (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                    Debtor

Date: _____    Signature: _____
                                                            (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **BERNADETTE TRADING INC** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**15** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 18, 2011** _____    Signature: ***/s/ Sabi Bernardette***

                              **Sabi Bernardette**
                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                       Case No. _____

**BERNADETTE TRADING INC** _____ Chapter **11**

                          Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| 0.00 | 2008 $536,886.00 |
| | 2009 $699,862.00 |
| | 2010 |

**2. Income other than from employment or operation of business**

None ☑    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **GARCIA ARREGUI & FULLANA**<br>**252PONCE DE LEON AVE. SUITE 1101**<br>**SAN JUAN, PR 00918** | **JUNE 2010** | **10,500.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Banco Popular De PR**<br>**PO BOx 70100**<br>**San Juan, PR 00936** | **CEQUINK ACCOUNT** | |

### 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

### 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

### 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

<sub>None</sub>
 a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

<sub>None</sub>
☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

<sub>None</sub>
☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

<sub>None</sub>
☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

<sub>None</sub>
☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

<sub>None</sub>
☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

<sub>None</sub>
 a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

<sub>None</sub>
 b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

<sub>None</sub>
☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

<sub>None</sub>
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **LICHELLE BERNARDETE** | **PRESIDENT** | |
| **PO BOX 16773** | | |
| **SAN JUAN, PR 00908** | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**22. Former partners, officers, directors and shareholders**

None ☑   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 18, 2011**      Signature: */s/ Sabi Bernardette*

**Sabi Bernardette, President**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                        Case No. _____

**BERNADETTE TRADING INC** _____          Chapter **11** _____
                            Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **January 18, 2011** _____   Signature: _/s/ Sabi Bernardette_ _____
                                                      **Sabi Bernardette, President**                          Debtor


Date: _____   Signature: _____
                                                                                            Joint Debtor, if any

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

BERNADETTE TRADING INC
PO BOX16773
SAN JUAN, PR  00908-6773

MUNICIPIO  SAN JUAN
PO BOX 70179
SAN JUAN, PR  00960

Andres Garcia Arregui
252 PONCE DE LEON AVE SUITE1101
SAN JUAN, PR  00910-2679

PUERTO RICO TELEPHONE CO
PO BOX 71535
SAN JUAN, PR  00936

AEE
PO BOX 363508
SAN JUAN, PR  00936

STEP
TESVIKIYE CAD. BELEVEDER APT NO
101/2 34
ISTANBUL, TURKEY,

Banco Popular De PR
PO BOx 70100
San Juan, PR  00936

Treasury  Deptament For The
Commonwealth
PO BOX 90225001
San Juan, PR  00902

Bela Enterprises Inc
PB Ox 11910
Caparra Stat. San Juan, PR  00922

Bela Enterprises INc
PB Ox 11910
Caparra Stat. San Juan, PR  00922

Central Credit Corp
PO BOX 361958
San Juan, PR  00936

FONDO DEL SEGURO DEL  ESTADOO
PO BOX 3655028
SAN JUAN, PR  00936

IRS
CINCINATTI
OHIO, OH  45999

LICHELLE BERNARDETE
PO BOX 16773
SAN JUAN, PR  00908

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                                          Case No. _____

<u>BERNADETTE TRADING INC</u> _____     Chapter **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ __**10,500.00**__

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify):

3. The source of compensation to be paid to me is:  ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Services will be invoiced at the rate of $250.00 for partners; $125.00 for associates.   the amount of $2,500.00 was paid for expenses including the filling fee of $1,039.00**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____          _____
**January 18, 2011**                                    **/s/ Isabel M Fullana**
Date                                   **Isabel M Fullana**
                                                        **Andres Garcia Arregui**
                                                        **252 PONCE DE LEON AVE SUITE1101**
                                                        **SAN JUAN, PR  00910-2679**
                                                        **(787) 766-2530  Fax: (787) 756-7800**
                                                        **analluf@prtc.net**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Form 480.20 Rev. 02.10

| Locator: | Reviewer: |
|---|---|
| Field audited by: | |
| Date / / | |
| R M N | |

**2009**

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF THE TREASURY

**2009**

## Corporation Income Tax Return

TAXABLE YEAR BEGINNING ON
1/1 2009 AND ENDING ON 12/31 2009

Serial Number

☐ AMENDED RETURN

Payment Stamp

COPY

Taxpayer's Name
BENARDETE TRADING, INC.

Postal Address
PO BOX 16773

SAN JUAN        PR        Zip Code 00908-6773

"Place Label here".

Location of Principal Industry or Business - Number, Street, City
1416 AVE. FERNANDEZ JUNCOS
SAN JUAN, PR, PR 00909

Type of Principal Industry or Business (i.e. Hardware, Cafeteria, etc.)
RETAIL SALES

Check the corresponding box, if applicable

☐ First return     ☐ Last return

CHANGE OF ADDRESS
☐ Yes    ☒ No

Contracts with Governmental Entities
☐ Yes    ☒ No

2010 RETURN
☐ Spanish    ☒ English

Employer Identification Number
66-0564896

Department of State Registry No.
102118

Industrial Code | Municipal Code

Merchant's Registration Number

Telephone Number - Extension
( 787 ) 724 - 1657

Date Incorporated
Day 8 / Month 7 / Year 1998

Place Incorporated
PUERTO RICO

E-mail Address

Receipt No.
Amount

| | | | |
|---|---|---|---|
| **Part I** 1. | Net operating income (or loss) (From Part V, line 49) | (1) | (1,424) 00 |
| 2. | Less: Net operating loss deduction from preceding year (Submit detail) | (2) | 1,184,367 00 |
| 3. | Net income (or loss) | (3) | (1,185,791) 00 |
| **Part II** 4. | Less: Dividends or profits received from domestic corporations or partnerships | (4) | 0 00 |
| 5. | Net income subject to normal tax (Subtract line 4 from line 3) | (5) | (1,185,791) 00 |
| 5. | Less: Surtax net income credit | (6) | 0 00 |
| 7. | Net income subject to surtax (Subtract line 6 from line 5) | (7) | (1,185,791) 00 |
| **Part III** 8. | Normal tax (Multiply line 5 by: ☒20% ☐25% ☐30%, as applicable. See instructions) | (8) | 0 00 |
| 9. | Surtax (See instructions) | (9) | 0 00 |
| 10. | Amount of recapture (See instructions) | (10) | 0 00 |
| 11. | Total Tax (Add lines 8 through 10) | (11) | 0 00 |
| 12. | Alternative Tax - Capital Gains (Schedule D Corporation and Partnership, Part V, line 36) | (12) | 0 00 |
| 13. | Tax Determined (Line 11 or 12, whichever is smaller) | (13) | 0 00 |
| 14. | Recapture of credit claimed in excess (Schedule B Corporation and Partnership, Part I, line 3) | (14) | 0 00 |
| 15. | Tax credits (Schedule B Corporation and Partnership, Part II, line 27) | (15) | 0 00 |
| 16. | Tax liability before alternative minimum tax (Subtract line 15 from the sum of lines 13 and 14) | (16) | 0 00 |
| 17. | Alternative minimum tax (Schedule A Corporation and Partnership, Part V, line 33) | (17) | 0 00 |
| 18. | Branch profits tax (Form AS 2879, line 11) | (18) | 0 00 |
| 19. | Tax on eligible interest (See instructions) | (19) | 0 00 |
| 20. | Total Tax Liability (Add lines 16 through 19) | (20) | 0 00 |
| 21. | Less: Other Payments and Withholdings (Schedule B Corporation and Partnership, Part III, line 9) | (21) | 8,252 00 |
| 22. | Balance of tax due (If line 20 is larger than line 21, enter the difference here, otherwise, on line 25) a) Tax | (22a) | 0 00 |
| | b) Interest | (22b) | 0 00 |
| | c) Surcharges | (22c) | 0 00 |
| | d) Total (Add lines 22(a) through 22(c)) | (22d) | 0 00 |
| 23. | Addition to the Tax for Failure to Pay Estimated Tax (Schedule T Corporation and Partnership, Part III, line 46) | (23) | 0 00 |
| 24. | Additional Special Tax (See instructions) | (24) | 0 00 |
| 25. | Excess of tax paid or withheld (See instructions) | (25) | 8,252 00 |
| 26. | Amount paid with this return (Add lines 22(d), 23 and 24 less line 25) | (26) | 0 00 |
| 27. | Amount overpaid (Subtract line 21 from the sum of lines 20, 23 and 24. Distribute line 25 between line A, B or C): | | |
| | A. To be credited to estimated tax for 2010 | (27A) | 8,252 00 |
| | B. Contribution to the San Juan Bay Estuary Special Fund | (27B) | 0 00 |
| | C. To be refunded | (27C) | 0 00 |

RECIBIDO APR 15 2010

Retention Period: Ten (10) years

Reproducido por CEGsoft

# BENARDETE TRADING, INC.
## 66-0564896

## STATEMENT ATTACHED TO AND MADE A PART OF THE COMMONWEALTH OF PUERTO RICO CORPORATE INCOME TAX RETURN FOR THE YEAR ENDED 12/31/2009

### Corporation, Page 1 Line 2, Net Operating Loss (NOL)

| Year | NOL | Amount Used | NOL Available for Carryforward | Expires |
|------|-----|-------------|-------------------------------|---------|
| 12/31/2003 | 50,877 | 29,080 | 21,797 | 12/31/2010 |
| 12/31/2004 | 71,620 | 0 | 93,417 | 12/31/2011 |
| 12/31/2005 | 299,715 | 0 | 393,132 | 12/31/2012 |
| 12/31/2006 | 287,180 | 0 | 680,312 | 12/31/2013 |
| 12/31/2007 | 127,499 | 0 | 807,811 | 12/31/2014 |
| 12/31/2008 | 376,556 | 0 | 1,184,367 | 12/31/2015 |

| | |
|---|---|
| Total NOL: | 1,213,447 |
| Total Amount Used: | 29,080 |
| NOL Available for Carryforward: | 1,184,367 |

1

| | | | |
|---|---|---|---|
| 1. Net sales | (1) | | 1,320,810 00 |
| Less: Cost of goods sold or direct costs of production | | | |
| 2. Inventory at the beginning of the year ☐ "C" ☐ "C" or "M/V" | | | |
| (a) Materials | (2a) | 0 00 | |
| (b) Goods in process | (2b) | 0 00 | |
| (c) Finished goods or merchandise | (2c) | 139,046 00 | |
| 3. Purchase of materials or merchandise | (3) | 623,019 00 | |
| 4. Direct wages | (4) | 0 00 | |
| 5. Other direct costs (Detail in Part VI) | (5) | 0 00 | |
| 6. Total cost of goods available for sale (Add lines 2 through 5) | (6) | 762,065 00 | |
| 7. Less: Inventory at the end of the year ☐ "C" ☐ "C" or "M/V" | | | |
| (a) Materials | (7a) | 0 00 | |
| (b) Goods in process | (7b) | 0 00 | |
| (c) Finished goods or merchandise | (7c) | 140,937 00 | 140,937 00 | 621,128 00 |
| 8. Gross profit on sales or production (Subtract the result of line 6 less line 7, from line 1) | (8) | | 699,682 00 |
| 9. Net capital gain (Schedule D Corporation and Partnership, Part IV, line 22) | (9) | | 0 00 |
| 10. Net gain (or loss) from the sale of property other than capital assets (Schedule D Corporation and Partnership, Part VI, line 37) | (10) | | 0 00 |
| 11. Rent | (11) | | 0 00 |
| 12. Interest | (12) | | 0 00 |
| 13. Commissions | (13) | | 0 00 |
| 14. Dividends from corporations and profits from partnerships: (a) Domestic _____ 0 _____ (b) Foreign _____ 0 | (14) | | 0 00 |
| 15. Distributable share on net income from special partnerships (Schedule R, Part II, line 8) | (15) | | 0 00 |
| 16. Distributable share on net losses from special partnerships (Schedule R, Part II, line 13) | (16) | | 0 00 |
| 17. Taxable farming profit (Schedule S Corporation and Partnership, Part I, line 9) | (17) | | 0 00 |
| 18. Freight and fares | (18) | | 0 00 |
| 19. Miscellaneous income | (19) | | 0 00 |
| 20. Total gross income (Add lines 8 through 19) | (20) | | 699,682 00 |

Part IV / Part V

| | | |
|---|---|---|
| 21. Compensation to officers (See instructions for Part X) | (21) | 0 00 |
| 22. Salaries, commissions and bonuses to employees | (22) | 249,918 00 |
| 23. Commissions to businesses | (23) | 0 00 |
| 24. Social security tax (FICA) | (24) | 15,914 00 |
| 25. Unemployment tax | (25) | 2,811 00 |
| 26. State Insurance Fund premiums | (26) | 9,054 00 |
| 27. Medical or hospitalization insurance | (27) | 11,537 00 |
| 28. Insurances | (28) | 31,834 00 |
| 29. Interest (See instructions) | (29) | 8,912 00 |
| 30. Rent | (30) | 134,100 00 |
| 31. Property tax: (a) Personal _____ 0 _____ (b) Real _____ 12,000 | (31) | 12,000 00 |
| 32. Other taxes, patents and licenses (See instructions) | (32) | 6,100 00 |
| 33. Losses from fire, storm, other casualties or theft | (33) | 0 00 |
| 34. Motor vehicle expenses | (34) | 7,868 00 |
| 35. Meal and entertainment expenses (Total _____ 14,376 _____ ) (See instructions) | (35) | 7,188 00 |
| 36. Travel expenses | (36) | 3,039 00 |
| 37. Professional services | (37) | 24,589 00 |
| 38. Contributions to pension or other qualified plans (See instructions) | (38) | 0 00 |
| 39. Flexible depreciation (See instructions. Submit Schedule E) | (39) | 0 00 |
| 40. Accelerated depreciation (See instructions. Submit Schedule E) | (40) | 0 00 |
| 41. Current depreciation and amortization (See instructions. Submit Schedule E) | (41) | 21,186 00 |
| 42. Bad debts (See instructions) | (42) | 0 00 |
| 43. Charitable contributions (See instructions) | (43) | 0 00 |
| 44. Repairs (See instructions) | (44) | 0 00 |
| 45. Deduction for employers who employ handicapped persons (See instructions) | (45) | 0 00 |
| 46. Contributions to educational contribution accounts for the employees' beneficiaries (See instructions) | (46) | 0 00 |
| 47. Other deductions (See instructions) | (47) | 155,056 00 |
| 48. Total deductions (Add lines 21 through 47) | (48) | 701,106 00 |
| 49. Net operating income (or loss) for the year (Subtract line 48 from line 20. Enter here and in Part I, line 1) | (49) | (1,424) 00 |

Part VI

| Item | | Amount | Item | | Amount |
|---|---|---|---|---|---|
| 1. Salaries, wages and bonuses | (1) | 0 00 | 8. Repairs | (8) | 0 00 |
| 2. Social security tax (FICA) | (2) | 0 00 | 9. Utilities | (9) | 0 00 |
| 3. Unemployment tax | (3) | 0 00 | 10. Flexible depreciation (Submit Schedule E) | (10) | 0 00 |
| 4. State Insurance Fund premiums | (4) | 0 00 | 11. Accelerated depreciation (Submit Schedule E) | (11) | 0 00 |
| 5. Medical or hospitalization insurance | (5) | 0 00 | 12. Current depreciation (Submit Schedule E) | (12) | 0 00 |
| 6. Other insurance | (6) | 0 00 | 13. Other expenses (Submit detail) | (13) | 0 00 |
| 7. Excise taxes | (7) | 0 00 | 14. Total other direct costs (Add lines 1 through 13. Same as Part IV, line 5) | (14) | 0 00 |

## BERNADETE TRADING, INC.

### 66-0564896

### A STATEMENT ATTACHED TO AND MADE A PART OF THE COMMONWEALTH OF PUERTO RICO TAX RETURN FOR THE YEAR ENDED 2009

### OTHER DEDUCTIONS

| DESCRIPTION | TOTAL |
|---|---:|
| Other Business Expense | $ 30,294 |
| AEE | 26,504 |
| Bank Charges Exp | 19,748 |
| Office Turkey | 15,480 |
| Web Marketing | 10,952 |
| Repairs and Maitnence | 10,533 |
| Other Expenses | 9,541 |
| Office Expense | 8,053 |
| Store Expense | 6,582 |
| Cellular Expense | 6,400 |
| Telephone Expense | 6,353 |
| Courrier | 3,949 |
| Utilities Expense | 667 |
| **TOTAL** | **$ 155,056** |

## Corporation - Comparative Balance Sheet ㊲

| Assets | | Beginning of the Year | | | Ending of the Year | | |
|---|---|---|---|---|---|---|---|
| | | | Total | | | | Total |
| 1. Cash on hand and in banks | (1) | | 2,015 | 00 (1) | | | 350 | 00 |
| 2. Accounts receivable | (2) | 133,046 | 00 | (2) | 56,370 | 00 | | |
| 3. Less: Reserve for bad debts | (3) | 8,629 | 00 ( ) 124,417 | 00 (3) | 8,629 | 00 ) 47,741 | 00 |
| 4. Notes receivable | (4) | | 0 | 00 (4) | | | 0 | 00 |
| 5. Inventories | (5) | | 139,046 | 00 (5) | | | 140,937 | 00 |
| 6. Investments | (6) | | 70,756 | 00 (6) | | | 0 | 00 |
| 7. Depreciable assets | (7) | 231,286 | 00 | (7) | 221,042 | 00 | | |
| 8. Less: Reserve for depreciation | (8) | 208,699 | 00 22,587 | 00 (8) | 219,641 | 00 ) 1,401 | 00 |
| 9. Land | (9) | | 0 | 00 (9) | | | 0 | 00 |
| 10. Other assets | (10) | | 9,277 | 00 (10) | | | 9,277 | 00 |
| 11. Total Assets | (11) | | 368,098 | 00 (11) | | | 199,706 | 00 |
| **Liabilities and Stockholder's Equity** | | | | | | | | |
| **Liabilities** | | | | | | | | |
| 12. Accounts payable | (12) | 1,409,215 | 00 | (12) | 757,227 | 00 | | |
| 13. Notes payable | (13) | 97,013 | 00 | (13) | 101,871 | 00 | | |
| 14. Accrued expenses | (14) | 5,684 | 00 | (14) | 1,425 | 00 | | |
| 15. Other liabilities | (15) | 418,672 | 00 | (15) | 0 | 00 | | |
| 16. Total Liabilities | (16) | | 1,930,584 | 00 (16) | | | 860,523 | 00 |
| **Stockholder's Equity** | | | | | | | | |
| 17. Capital stock | | | | | | | | |
| (a) Preferred stocks | (17a) | 0 | 00 | (17a) | 0 | 00 | | |
| (b) Common stocks | (17b) | 200 | 00 | (17b) | 200 | 00 | | |
| 18. Additional paid in capital | (18) | 179,800 | 00 | (18) | 1,020,294 | 00 | | |
| 19. Retained earnings | (19) | (1,742,486) | 00 | (19) | (1,681,311) | 00 | | |
| 20. Reserve | (20) | 0 | 00 | (20) | 0 | 00 | | |
| 21. Total Stockholder's Equity | (21) | | (1,562,486) | 00 (21) | | | (660,817) | 00 |
| 22. Total Liabilities and Stockholder's Equity | (22) | | 368,098 | 00 (22) | | | 199,706 | 00 |

Part VII

## Reconciliation of Net Income (or Loss) per Books with Net Taxable Income (or Loss) per Return ㊳

| | | | | | |
|---|---|---|---|---|---|
| 1. Net income (or loss) per books | (1) | (13,143) | 00 | 7. Income recorded on books this year not included on this | |
| 2. Income tax | (2) | 0 | 00 | return (Itemize, use schedule if necessary) | |
| 3. Excess of capital losses over capital | | | | (a) Exempt interest _____ 0 | |
| gains | (3) | 0 | 00 | (b) _____ 0 | |
| 4. Taxable income not recorded on books this year | | | | (c) _____ 0 | |
| (Itemize, use schedule if necessary) | | | | (d) _____ 0 | |
| (a) _____ 0 | | | | Total (7) | 0 | 00 |
| (b) _____ 0 | | | | 8. Deductions on this tax return not charged against book | |
| (c) _____ 0 | | | | income this year (Itemize, use schedule if necessary) | |
| (d) _____ 0 | | | | (a) Depreciation _____ 0 | |
| Total | (4) | 0 | 00 | (b) _____ 0 | |
| 5. Expenses recorded on books this year not claimed | | | | (c) _____ 0 | |
| on this return (Itemize, use schedule if necessary) | | | | (d) _____ 0 | |
| (a) Meal and entertainment (amount | | | | Total (8) | 0 | 00 |
| not claimed) _____ 7,188 | | | | 9. Total (Add lines 7 and 8) (9) | 0 | 00 |
| (b) Depreciation _____ 0 | | | | 10. Net taxable income (or loss) per return (Subtract line | |
| (c) _____ 0 | | | | 9 from line 6) (10) | (1,424) | 00 |
| (d) OFFICER LIFE INSURANCE _____ 4,531 | | | | | |
| Total | (5) | | | | |
| 6. Total (Add lines 1 through 5) | (6) | 11,719 | 00 | | |
| | | (1,424) | 00 | | |

Part VIII

## Analysis of Retained Earnings per Books ㊴

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Balance at the beginning of the year | (1) | (1,742,486) | 00 | 5. Distributions: | (a) Cash | (5a) | 0 | 00 |
| 2. Net income per books | (2) | (13,143) | 00 | | (b) Property | (5b) | 0 | 00 |
| 3. Other increases (Itemize, use schedule if | | | | | (c) Stocks | (5c) | 0 | 00 |
| necessary) PRIOR PERIOD ADJUSTMENT 74,318 | | | | 6. Other decreases (Use schedule if necessary) | | (6) | 0 | 00 |
| _____ 0 | | | | 7. Total (Add lines 5 and 6) | | (7) | 0 | 00 |
| _____ 0 | (3) | 74,318 | 00 | 8. Balance at end of year (Subtract line 7 from | | | | |
| 4. Total (Add lines 1, 2 and 3) | (4) | (1,681,311) | 00 | line 4) | | (8) | (1,681,311) | 00 |

Part IX

Reproducido por CEGsoft

## Compensation to Officers

| Name of officer | Social security number | Percentage of time devoted to industry or business | Percentage of stocks owned — Common | Percentage of stocks owned — Preferred | Compensation |
|---|---|---|---|---|---|
| AVAILABLE UPON REQUEST | | 0.00 % | 0.00 % | 0.00 % | 0 00 |
| | | 0.00 % | 0.00 % | 0.00 % | 0 00 |
| | | 0.00 % | 0.00 % | 0.00 % | 0 00 |
| | | 0.00 % | 0.00 % | 0.00 % | 0 00 |
| | | 0.00 % | 0.00 % | 0.00 % | 0 00 |
| Total compensation to officers   (Enter in Part V, line 21) | | | | | 0 00 |

*Part X*

## Questionnaire

*Part XI*

|  | Yes | No |
|---|---|---|
| 1. If a foreign corporation, indicate if the trade or business in Puerto Rico was held as a branch ........................................ (1) | | X |
| 2. If a branch, indicate the percent that represents the income from sources within Puerto Rico from the total income of the corporation: ___ % (2) | | |
| 3. Is the corporation filing under Section 936 of the Federal Internal Revenue Code? ................................................ (3) | | X |
| 4. Did the corporation keep any part of its records on a computerized system during this year? ....................................... (4) | X | |

5. The corporation's books are in care of:
Name   OUTSOURCING SOLUTIONS, INC
Address   PO BOX
   GURABO PR

6. Indicate the accounting method used for book (tax) purposes:
☐ Cash   ☒ Accrual
☐ Other (specify): ___

| 7. Did the corporation file the following documents? | Yes | No |
|---|---|---|
| (a) Informative Return (Forms 480.5, 480.6A, 480.6B) ............ (7a) | X | |
| (b) Withholding Statement (Form 499R-2/W-2PR) ................. (7b) | X | |
| 8. If the gross income exceeds $3,000,000, are financial statements audited by a CPA licensed in Puerto Rico included with this return? ................................................ (8) | N | |

|  | Yes | No |
|---|---|---|
| 9. Number of employees during the year: ___ 0 | | |
| 10. Did the corporation claim a deduction for expenses connected with: | | |
| (a) Vessels? ................................................ (10a) | | X |
| (b) Living expenses? ....................................... (10b) | | X |
| (c) Employes attending conventions or meetings outside Puerto Rico and the United States? ............................. (10c) | X | |
| 11. Did the corporation distribute dividends other than stock dividends or distributions in liquidation in excess of the corporation's current and accumulated earnings? ....................................... (11) | | X |
| 12. Is the corporation a partner in any special partnership? ......... (12) | | X |
| Name of the special partnership ___ | | |
| Employer identification number ___ | | |
| 13. Is the corporation a member of a controlled group? ............. (13) | | X |
| 14. Enter the amount of exempt interest: ___ 0 | | |
| 15. Enter the amount corresponding to charitable contributions to municipalities included in Part V, line 43: ___ 0 | | |
| 16. Indicate if insurance premiums were paid by an unauthorized insurer ................................................ (16) | | X |
| 17. Employer's number assigned by the Department of Labor and Human Resources ___ | | |
| 18. Number of corporations ___ 2 | | |

## OATH

We, the undersigned, president (or vice-president, or other principal officer) and treasurer (or assistant treasurer), or agent of the corporation for which this income tax return is made, each for himself declare under penalty of perjury, that this return (including schedules and statements attached) has been examined by us, and to the best of our knowledge and belief is a true, correct, and complete return made in good faith, pursuant to the Puerto Rico Internal Revenue Code of 1994, as amended, and the regulations thereunder.

_____   _____   _____
President's or vice-president's signature        Secretary        Treasurer's or assistant treasurer's signature
                                                 Agent

Affidavit No. 1962

Sworn and subscribed before me by Sabi Benardete, of legal age, married [civil status] executive [occupation],
and resident of San Juan, Puerto Rico, and by Lichelle Benardete, of legal age, married
[civil status] executive [occupation], and resident of San Juan, Puerto Rico, personally known to me or identified by means of
___ San Juan, PR, this 12 day of April, 2010

Notary Public
_____
Title of the person administering oath        Signature of the person administering oath

## SPECIALIST'S USE ONLY

I declare under penalty of perjury that this return (including schedules and statements attached) has been examined by me, and to the best of my knowledge and belief is a true, correct, and complete return. The declaration of the person who prepares this return is with respect to the information received, and this information may be verified.

| Specialist's name (Print)   Antonio Sécol | Registration number   6 1 9 6 | Date   3/31/10 | Self-employed Specialist ☐ |
|---|---|---|---|
| Firm's name   AFS CONSULTING, PSC | | | Employer identification number   6 6 0 6 6 5 0 3 0 |
| Specialist's signature | Address   PO BOX 1343, GURABO, PR. | | Zip Code   00778-1343 |

## NOTE TO TAXPAYER
Indicate if you made payments for the preparation of your return: ☒ Yes ☐ No. If you answered "Yes", require the Specialist's signature and registration number.

Retention Period: Ten (10) years

Reproducido por CEGsoft

**Schedule A Corporation and Partnership**
Rev. 02.10

## ALTERNATIVE MINIMUM TAX

**2009**

Taxable year beginning on ___1/1___ 2009 and ending on ___12/31___ 2009

Ⓐ

| Taxpayer's Name | Employer Identification Number |
|---|---|
| BENARDETE TRADING, INC. | 66-0564896 |

### Part I — Adjustments in the Computation of the Alternative Minimum Net Income Before Books Adjustments and Operating Losses

| | | |
|---|---|---:|
| 1. Net income subject to normal tax without considering net operating loss from preceding years and excluding the net capital gain that you had elected to pay taxes at the special rates (See instructions) ... (1) | | (1,424) 00 |
| 2. Adjustments: a. Flexible depreciation ... (2a) | 0 00 | |
| b. Installment sales ... (2b) | 0 00 | |
| c. Long-term contracts ... (2c) | 0 00 | |
| d. Expenses related with exempt interest ... (2d) | 0 00 | |
| e. Accelerated depreciation ... (2e) | 0 00 | |
| f. Expenses incurred or paid to a related person for services rendered outside of Puerto Rico ... (2f) | 0 00 | |
| g. Total adjustments (Add lines 2(a) through 2(f)) ... (2g) | | 0 00 |
| 3. Alternative minimum net income before the adjustments of Part II and the operating loss (Add lines 1 and 2(g)) ... (3) | | (1,424) 00 |

### Part II — Adjustment for the Excess of the Net Income per Books over the Alternative Minimum Net Income Before Adjustments

| | | |
|---|---|---:|
| 4. Net income (or loss) per books ... (4) | (13,143) 00 | |
| 5. Goodwill amortization expense ... (5) | 0 00 | |
| 6. Income tax expense per books ... (6) | 0 00 | |
| 7. Add lines 4, 5 and 6 ... (7) | | (13,143) 00 |
| 8. Exempt interest income net of related expenses ... (8) | 0 00 | |
| 9. Dividends and profit distributions received from domestic corporations or partnerships, or from industrial or tourism development income ... (9) | 0 00 | |
| 10. Industrial development income, exempt tourism development income or bona fide agricultural business income ... (10) | 0 00 | |
| 11. Income (or loss) recognized under the equity method ... (11) | 0 00 | |
| 12. Reserve for catastrophic losses ... (12) | 0 00 | |
| 13. Net long-term capital gain (See instructions) ... (13) | 0 00 | |
| 14. Add lines 8 through 13 ... (14) | | 0 00 |
| 15. Subtract line 14 from line 7 ... (15) | | (13,143) 00 |
| 16. Subtract line 3 from line 15. If line 3 is larger than line 15, enter zero ... (16) | | 0 00 |
| 17. Adjustment for the excess of the adjusted net income per books over the alternative minimum net income of line 3 (Multiply line 16 by 50%) ... (17) | | 0 00 |

### Part III — Computation of the Alternative Minimum Net Income

| | | |
|---|---|---:|
| 18. Alternative minimum net income before the net operating loss (Add lines 3 and 17) ... (18) | | (1,424) 00 |
| 19. Net operating loss to determine the alternative minimum tax (See instructions) ... (19) | | 0 00 |
| 20. Subtract line 19 from line 18 (Enter here the difference, but not less than 10% of line 18) ... (20) | | 0 00 |
| 21. Exempt amount (See instructions) ... (21) | | 50,000 00 |
| 22. Alternative minimum net income (Subtract line 21 from line 20) ... (22) | | 0 00 |

### Part IV — Computation of the Alternative Minimum Credit for Foreign Taxes Paid

| | | |
|---|---|---:|
| 23. Tentative minimum tax (Multiply line 22 by 22%) ... (23) | | 0 00 |
| 24. Alternative minimum net income before net operating loss deduction (Line 18) ... (24) | (1,424) 00 | |
| 25. Allowable exempt amount without considering the net operating loss (See instructions) ... (25) | 0 00 | |
| 26. Subtract line 25 from line 24 ... (26) | 0 00 | |
| 27. Multiply line 26 by 22% ... (27) | 0 00 | |
| 28. Multiply line 27 by 10% ... (28) | | 0 00 |
| 29. Credit limitation (Subtract line 28 from line 23) ... (29) | | 0 00 |
| 30. Alternative minimum credit for foreign taxes paid (This amount cannot exceed the amount on line 29. See instructions) ... (30) | | 0 00 |

### Part V — Computation of the Alternative Minimum Tax

| | | |
|---|---|---:|
| 31. Tentative minimum tax (Subtract line 30 from line 23) ... (31) | | 0 00 |
| 32. Adjusted regular tax (See instructions) ... (32) | | 0 00 |
| 33. Alternative minimum tax (Subtract line 32 from line 31. If line 32 is larger than line 31, enter zero, otherwise, enter the difference on Form 480.10 or 480.20, Part III, line 17) ... (33) | | 0 00 |

Reproducido por CEGsoft

# RECAPTURE OF CREDIT CLAIMED IN EXCESS, TAX CREDITS, AND OTHER PAYMENTS AND WITHHOLDINGS

## 2009  **B**

Taxable year beginning on ___ 1/1 ___ 2009 and ending on ___ 12/31 ___ 2009

Taxpayer's Name

**BENARDETE TRADING, INC.**

Employer Identification Number

66-0564896

| Part I | Recapture of Investment Credit and Conservation Easement Claimed in Excess  **B1** | | |
|---|---|---|---|
| | Column A | Column B | Column C |
| Name of entity: | | | |
| Employer identification No: | | | |
| Credit for: | | | |
| Tourism Development ... 1 | ☐  1 | ☐  1 | ☐ |
| Solid Waste Disposal ... 2 | ☐  2 | ☐  2 | ☐ |
| Agricultural Incentives ... 3 | ☐  3 | ☐  3 | ☐ |
| Capital Investment Fund ... 4 | ☐  4 | ☐  4 | ☐ |
| Theatrical District of Santurce ... 5 | ☐  5 | ☐  5 | ☐ |
| Film Industry Development ... 6 | ☐  6 | ☐  6 | ☐ |
| Housing Infrastructure ... 7 | ☐  7 | ☐  7 | ☐ |
| Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families ... 8 | ☐  8 | ☐  8 | ☐ |
| Acquisition of an Exempt Business that is in the Process of Closing its Operations in Puerto Rico ... 9 | ☐  9 | ☐  9 | ☐ |
| Conservation Easement ... 10 | ☐  10 | ☐  10 | ☐ |
| Other: ... 11 | ☐  11 | ☐  11 | ☐ |

| | | |
|---|---|---|
| 1. Total credit claimed in excess | (1) | 0 00 |
| 2. Recapture of credit claimed in excess paid in previous year, if applicable | (2) | 0 00 |
| 3. Recapture of credit claimed in excess paid this year (Enter on Form 480.10 or 480.20, Part III, line 14. See instructions) | (3) | 0 00 |
| 4. Excess of credit due next year, if applicable (Subtract lines 2 and 3 from line 1. See instructions) | (4) | 0 00 |

| Part II | Tax Credits (Do not include estimated tax payments. Refer to Part III of this Schedule)  **B2** | |
|---|---|---|
| 1. Credit for taxes paid to the United States, its possessions and foreign countries (Schedule C Corporation and Partnership, Part IV, line 7 or line 5 of the Worksheet to Determine the Additional Special Tax, as applicable) | (1) | 0 00 |
| 2. Credit for increase in investment (See instructions) | (2) | 0 00 |
| 3. Credit for investment in Capital Investment, Tourism, other funds or direct investment (Submit Schedule Q) | (3) | 0 00 |
| 4. Credit attributable to losses in Capital Investment, Tourism or other funds (Submit Schedules Q and Q1) | (4) | 0 00 |
| 5. Credit for Contribution to the Educational Foundation for Free Selection of Schools (See instructions) | (5) | 0 00 |
| 6. Credit for alternative minimum tax paid in previous years (See instructions) | (6) | 0 00 |
| 7. Credit for the purchase of tax credits (Complete Part IV) (See instructions) | (7) | 0 00 |
| 8. Credit for investment Act No. 362 of 1999: ☐ Film Project and/or ☐ Infrastructure Project (See instructions) | (8) | 0 00 |
| 9. Credit for investment in Housing Infrastructure (See instructions) | (9) | 0 00 |
| 10. Credit for investment in the Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families (See instructions) | (10) | 0 00 |
| 11. Credit to investors in an exempt business that is in the process of closing its operations in Puerto Rico (See instructions) | (11) | 0 00 |
| 12. Credit for purchases of products manufactured in Puerto Rico and Puerto Rican agricultural products (Schedule B1 Corporation and Partnership, Part V, line 13) | (12) | 0 00 |
| 13. Credit for the purchase of automobiles propelled by alternative or mixed power (See instructions) | (13) | 0 00 |
| 14. Credit for the establishment of an eligible conservation easement or donation of eligible land (See instructions) | (14) | 0 00 |
| 15. Credit for construction investment in urban centers (See instructions) | (15) | 0 00 |
| 16. Credit for merchants affected by urban centers revitalization (See instructions) | (16) | 0 00 |
| 17. Exemption for persons that operate as publisher (See instructions) | (17) | 0 00 |
| 18. Exemption for persons that operate as printer (See instructions) | (18) | 0 00 |
| 19. Exemption for persons that operate as bookseller (See instructions) | (19) | 0 00 |
| 20. Credit for the 2006 Extraordinary Tax (See instructions) | (20) | 0 00 |
| 21. Credit for investment Act No. 73 of 2008 (See instructions) | (21) | 0 00 |
| 22. Credit for the acquisition or manufacture and installation of electric solar equipment (See instructions) | (22) | 0 00 |
| 23. Credits carried from previous years (Submit detail) | (23) | 0 00 |
| 24. Other credits not included on the preceding lines (Submit detail) (See instructions) | (24) | 0 00 |
| 25. Total Tax Credits (Add lines 1 through 24) | (25) | 0 00 |
| 26. Total tax determined (Form 480.10 or 480.20, Part III, line 13) | (26) | 0 00 |
| 27. Credit to be claimed (The smaller of line 25 or 26. Enter on Form 480.10 or 480.20, Part III, line 15) | (27) | 0 00 |
| 28. Carryforward credits (Submit detail) | (28) | |

Retention Period: Ten (10) years

Reproducido por CEGsoft

## Part III — Other Payments and Withholdings ❸❸

| | | |
|---|---|---:|
| 1. Tax paid with automatic extension of time............................................................................................................ | (1) | 0 00 |
| 2. Estimated tax payments for 2009 ......................................................................................................................... | (2) | 0 00 |
| 3. Tax paid in excess on previous years credited to estimated tax (See instructions)................................................... | (3) | 8,252 00 |
| 4. Tax withheld at source ......................................................................................................................................... | (4) | 0 00 |
| 5. Services rendered (Form 480.6B)......................................................................................................................... | (5) | 0 00 |
| 6. Tax withheld at source on distributable share to partners of special partnerships (Form 480.6 SE) ......................... | (6) | 0 00 |
| 7. Tax withheld at source on eligible interest ........................................................................................................... | (7) | 0 00 |
| 8. Other payments and withholdings not included on the preceding lines (Submit detail) ......................................... | (8) | 0 00 |
| 9. **Total Other Payments and Withholdings** (Add lines 1 through 8. Enter on Form 480.10 or 480.20, Part III, line 21) ................................................................................................................................... | (9) | 8,252 00 |

## Part IV — Breakdown of the Purchase of Tax Credits ❸❹

Check the block corresponding to the act (or acts) under which you acquired the credit and enter the amount:

| | | | |
|---|---|---|---:|
| 1 | ☐ Tourism Development .................................................................................................................... | (1) | 0 00 |
| 2 | ☐ Solid Waste Disposal ................................................................................................................... | (2) | 0 00 |
| 3 | ☐ Agricultural Incentives ................................................................................................................. | (3) | 0 00 |
| 4 | ☐ Capital Investment Fund .............................................................................................................. | (4) | 0 00 |
| 5 | ☐ Theatrical District of Santurce ..................................................................................................... | (5) | 0 00 |
| 6 | ☐ Film Industry Development ........................................................................................................... | (6) | 0 00 |
| 7 | ☐ Housing Infrastructure ................................................................................................................. | (7) | 0 00 |
| 8 | ☐ Construction or Rehabilitation of Rental Housing Projects for Low or Moderate Income Families ........... | (8) | 0 00 |
| 9 | ☐ Acquisition of an Exempt Business that is in the Process of Closing its Operations in Puerto Rico ......... | (9) | 0 00 |
| 10 | ☐ Conservation Easement ............................................................................................................. | (10) | 0 00 |
| 11 | ☐ Urban Centers Revitalization ...................................................................................................... | (11) | 0 00 |
| 12 | ☐ Economic Incentives (Research and Development) ...................................................................... | (12) | 0 00 |
| 13 | ☐ Economic Incentives (Strategic Projects) .................................................................................... | (13) | 0 00 |
| 14 | ☐ Economic Incentives (Industrial Investment) ............................................................................... | (14) | 0 00 |
| 15 | ☐ Other: _____ | (15) | 0 00 |
| 16. | Total credit for the purchase of tax credits (Same as Part II, line 7) ................................................. | (16) | 0 00 |

# Schedule E
Rev. 01.10

## DEPRECIATION

## 20 09

Taxable year beginning on ___ 1/1 ___ 2009 and ending on ___ 12/31 ___ 2009

Taxpayer's Name
**BENARDETE TRADING, INC.**

Social Security or Employer Identification Number
**66-0564896**

| 1. Type of property (In the case of a building, specify the material used in the construction). | 2. Date acquired. | 3. Original cost or other basis (exclude cost of land). Basis for automobiles may not exceed from $25,000 per vehicle. | 4. Depreciation claimed in prior years. | 5. Estimated useful life to compute the depreciation. | 6. Depreciation claimed this year. ㊲ |
|---|---|---|---|---|---|
| **(a) Current Depreciation** | | | | | |
| FURNITURE & FIXTURE | VARIOUS | 49,995 00 | 49,995 00 | 5 | 0 00 |
| EQUIPMENT | VARIOS | 38,603 00 | 31,461 00 | 5 | 7,142 00 |
| VEHICLE | VARIOUS | 24,900 00 | 24,900 00 | 5 | 0 00 |
| Total | | 113 498 | 106,356 00 | | 7,142 00 |
| **(b) Flexible Depreciation** | | | | | |
| | | 0 00 | 0 00 | 0 | 0 00 |
| | | 0 00 | 0 00 | 0 | 0 00 |
| | | 0 00 | 0 00 | 0 | 0 00 |
| Total | | | 0 00 | | 0 00 |
| **(c) Accelerated Depreciation** | | | | | |
| | | 0 00 | 0 00 | 0 | 0 00 |
| | | 0 00 | 0 00 | 0 | 0 00 |
| | | 0 00 | 0 00 | 0 | 0 00 |
| Total | | | 0 00 | | 0 00 |
| **(d) Improvements Depreciation** | | | | | |
| LEASEHOLD | VARIOUS | 99,780 00 | 85,736 00 | 5 | 14,044 00 |
| | | 0 00 | 0 00 | 0 | 0 00 |
| Total | | 79780 | 85,736 00 | | 14,044 00 |
| **(e) Amortization (i.e. Goodwill)** | | | | | |
| SOFTWARE | VARIOUS | 4,530 00 | 4,530 00 | 5 | 0 00 |
| | | 0 00 | 0 00 | 0 | 0 00 |
| | | 0 00 | 0 00 | 0 | 0 00 |
| Total | | 4530 | 4,530 00 | | 0 00 |

Note: Complete next line only if you are filling out Form 482.0 (Individual Income Tax Return - Long Form)

TOTAL: (Add total of lines (a) through (e) of Column 6. Transfer to Schedules K, L, M and N Individual, whichever applies) .................. 217 808 ........................ (10) | 21,186 00

Retention Period: Ten (10) years

Reproducido por CEGsoft

# BENARDETE TRAIDING
## Balance Sheet
### As of October 31, 2010

| | Oct 31, 10 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1000 · Cash (Maine) | |
| 1103 · Banco Popular | (6,850.95) |
| Total 1000 · Cash (Maine) | (6,850.95) |
| **Total Checking/Savings** | (6,850.95) |
| **Other Current Assets** | |
| 1300 · Inventory (Maine) | |
| 1302 · Furniture Inventory | 82,568.25 |
| 1303 · Accesories Inventory | 31,487.00 |
| Total 1300 · Inventory (Maine) | 114,055.25 |
| **Total Other Current Assets** | 114,055.25 |
| **Total Current Assets** | 107,204.30 |
| **Fixed Assets** | |
| 1700 · Property & Equipment (Maine) | |
| 1725 · Furnitures & Fixtures | 9,944.00 |
| 1730 · Equipment | 84,989.73 |
| 1731 · Computer Software | 4,530.00 |
| 1750 · Motor Vehicle | 24,900.00 |
| 1770 · Leasehold Improvement | 95,966.36 |
| Total 1700 · Property & Equipment (Maine) | 220,330.09 |
| 1800 · Depreciation & Amort (Maine) | |
| 1825 · Accum Depr Furnt & Fixtures | (9,944.00) |
| 1830 · Equipment Depreciation | (84,989.73) |
| 1831 · Accum Depr Computer Software | (4,530.00) |
| 1850 · Auto Depreciation | (24,900.00) |
| 1870 · Amortization Mejoras | (91,189.09) |
| Total 1800 · Depreciation & Amort (Maine) | (215,552.82) |
| **Total Fixed Assets** | 4,777.27 |
| **TOTAL ASSETS** | 111,981.57 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2100 · Payroll Taxes Payable (Maine) | |
| 2101 · 941PR Payable | 62,396.52 |
| 2103 · SUTA Payable | 1,049.24 |
| 2104 · 940PR Payable | 280.00 |
| 2105 · SINOT Payable | 186.75 |
| 2106 · Workmen's Compensation (FS... | 32,273.57 |
| 2108 · Hacienda PR Payable | |
| 2102 · Income Tax Wittheld Payable | 17,908.19 |
| 2109 · 7% Withhelda Payable | 3,017.00 |
| 2110 · Arbitrios Generales | 3,778.69 |
| 2111 · Licencia de Arbitrios con de... | 421.42 |

# BENARDETE TRAIDING
## Balance Sheet
### As of October 31, 2010

|  | Oct 31, 10 |
|---|---|
| Total 2108 · Hacienda PR Payable | 25,125.30 |
| Total 2100 · Payroll Taxes Payable (Mai... | 121,311.38 |
| 2140 · Loans (Maine) | |
| 2141 · Banco Popular | |
| 2145 · Flexiline | 73,353.58 |
| Total 2141 · Banco Popular | 73,353.58 |
| Total 2140 · Loans (Maine) | 73,353.58 |
| 2150 · Provision for Taxes (Maine) | |
| 2153 · Mobiliary Property Tax | 109,764.43 |
| 2155 · Sales Tax Payable (IVU) | 145,367.35 |
| Total 2150 · Provision for Taxes (Maine) | 255,131.78 |
| 2200 · Account Payable (Maine) | |
| 2201 · Accouns Payable Trade | 417,371.63 |
| Total 2200 · Account Payable (Maine) | 417,371.63 |
| **Total Other Current Liabilities** | 867,168.37 |
| **Total Current Liabilities** | 867,168.37 |
| **Total Liabilities** | 867,168.37 |
| Equity | |
| 3000 · Stockholder Equity | |
| 3001 · Common Stock | 200.00 |
| 3002 · Additional paid in capital | 1,020,294.36 |
| Total 3000 · Stockholder Equity | 1,020,494.36 |
| 3100 · Retained Earnings | (1681310.37) |
| 3102 · Adjustment to Prior Years | (116,692.80) |
| Net Income | 22,322.01 |
| **Total Equity** | (755,186.80) |
| **TOTAL LIABILITIES & EQUITY** | 111,981.57 |

# BENARDETE TRAIDING
# INCOME STATEMENT
January through October 2010

|  | Jan - Oct ... |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4010 · Sales (Maine) | 809,080.22 |
| **Total Income** | 809,080.22 |
| **Cost of Goods Sold** | |
| 5000 · Cost of Goods Sold (Maine) | |
| 5100 · Biginning Inventory | 140,937.00 |
| 5110 · Purchases | |
| 5112 · Tapizados | 10,867.10 |
| 5110 · Purchases - Other | 459,537.28 |
| Total 5110 · Purchases | 470,404.38 |
| 5190 · Ending Inventory | -114,055.25 |
| Total 5000 · Cost of Goods Sold (Maine) | 497,286.13 |
| **Total COGS** | 497,286.13 |
| **Gross Profit** | 311,794.09 |
| **Expense** | |
| 6010 · Salaries (Maine) | |
| 6011 · Officers Salaries | 55,520.96 |
| 6012 · Employees Salaries | 47,409.71 |
| Total 6010 · Salaries (Maine) | 102,930.67 |
| 6050 · Interest | |
| 6013 · Hacienda Interest & Penalties | 15,745.78 |
| 6051 · Interest IRS | 0.00 |
| 6052 · Other Interest & Penalties | 0.00 |
| 6240 · Flexiline Interest | 2,701.63 |
| Total 6050 · Interest | 18,447.41 |
| 6070 · Payroll Taxes (Maine) | |
| 6071 · 941PR Expenses | 7,874.19 |
| 6072 · SUTA Expense | 1,890.00 |
| 6073 · FUTA 940PR | 280.00 |
| 6074 · SINOT Expense | 135.00 |
| 6070 · Payroll Taxes (Maine) - Other | 0.00 |
| Total 6070 · Payroll Taxes (Maine) | 10,179.19 |
| 6100 · Other Taxes (Maine) | |
| 6110 · Patentes | 4,200.00 |
| 6140 · Arbitrios | 1,250.00 |
| Total 6100 · Other Taxes (Maine) | 5,450.00 |
| 6130 · Rent | 3,500.00 |
| 6150 · Utilities (Maine) | |
| 6151 · Luz | 15,240.81 |
| 6152 · Agua | 633.82 |
| 6155 · Teléfono | 8,552.22 |
| Total 6150 · Utilities (Maine) | 24,426.85 |
| 6190 · Maintenance | 7,876.77 |

# BENARDETE TRAIDING
# INCOME STATEMENT
January through October 2010

|  | Jan - Oct ... |
|---|---|
| 6220 · Insurances (Maine) | |
|   6221 · Medical Insurance | 8,849.60 |
|   6222 · Commercial Property | 2,183.13 |
|   6223 · Electric Service Contract Bond | 2,627.00 |
| Total 6220 · Insurances (Maine) | 13,659.73 |
| 6300 · Advertising & Promotions | 3,162.69 |
| 6310 · Motor Vehicle (Maine) | 3,844.69 |
| 6410 · Professional Services (Maine) | |
|   6411 · Gastos Legales | 6,500.00 |
|   6412 · Consultoría | 1,500.00 |
|   6413 · Accounting | 5,000.00 |
|   6414 · Others | 34,700.56 |
|   6415 · Delivery | 9,500.00 |
|   6416 · Sales Commission | 12,778.85 |
| Total 6410 · Professional Services (Ma... | 69,979.41 |
| 6550 · Office Expenses (Maine) | |
|   6170 · Materiales | 11,849.38 |
|   6230 · Sellos y envio | 341.00 |
|   6250 · Cargos Bancarios | 13,824.29 |
| Total 6550 · Office Expenses (Maine) | 26,014.67 |
| 66900 · Reconciliation Discrepancies | 0.00 |
| Total Expense | 289,472.08 |
| Net Ordinary Income | 22,322.01 |
| Net Income | 22,322.01 |